B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Eastern District of North Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cumbee Rd Partners, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4973594** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**6263 Ingleside Drive**<br>**Wilmington, NC**<br><div align="right">ZIP Code<br>**28409**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Brunswick County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **Southeast corner of Route 17 & Cumbee Road**<br>**Shallotte, NC 28470** | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cumbee Rd Partners, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)            (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                                    Page 3

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Cumbee Rd Partners, LLC** |

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | **X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** /s/ George Mason Oliver<br>Signature of Attorney for Debtor(s)<br><br>**George Mason Oliver 26587**<br>Printed Name of Attorney for Debtor(s)<br><br>**Oliver and Friesen, PLLC**<br>Firm Name<br>**PO Box 1548**<br>**New Bern, NC 28563**<br><br>Address<br><br>**252-633-1930  Fax: 252-633-1950**<br>Telephone Number<br><br>**March 17, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br><br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** /s/ Adam Lisk<br>Signature of Authorized Individual<br><br>**Adam Lisk**<br>Printed Name of Authorized Individual<br><br>**Member Manager**<br>Title of Authorized Individual<br><br>**March 17, 2011**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

In re    **Cumbee Rd Partners, LLC**                                    ,        Case No. _____
                                                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Carol Lynn Properties, LLC**<br>**Eastern District of North Carolina** | **10-01781-8-SWH**<br>**Same Member Manager** | **03/05/10**<br>**Humrickhouse** |
| **Old Mill Forestry, LLC**<br>**Eastern District of North Carolina** | **10-09782-8-SWH**<br>**Same Member Manager** | **11/29/10**<br>**Humrickhouse** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re **Cumbee Rd Partners, LLC**                              Case No. _____

                                    Debtor(s)                Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Advance Clearing<br>Attn: Manager or Agent<br>107 Dunlin Court<br>Hampstead, NC 28443 | Advance Clearing<br>Attn: Manager or Agent<br>107 Dunlin Court<br>Hampstead, NC 28443 | | | 40,000.00 |
| Bank of Hampton Roads<br>Attn: Managing Agent<br>1580 Laskin Road<br>Virginia Beach, VA 23451 | Bank of Hampton Roads<br>Attn: Managing Agent<br>1580 Laskin Road<br>Virginia Beach, VA 23451 | 440 acres off the southeast corner of Route 17 and Cumbee Road, Shallotte, NC | Disputed | 12,381,724.73<br><br>(1,650,000.00 secured) |
| Beach Country Lawn Maint<br>Attn: Manager or Agent<br>1346 Sunnyside Street<br>Shallotte, NC 28470 | Beach Country Lawn Maint<br>Attn: Manager or Agent<br>1346 Sunnyside Street<br>Shallotte, NC 28470 | | | 5,300.00 |
| Brunswick Co Tax Collector<br>Attn: Manager or Agent<br>PO Box 29<br>Bolivia, NC 28422 | Brunswick Co Tax Collector<br>Attn: Manager or Agent<br>PO Box 29<br>Bolivia, NC 28422 | | | 19,000.00 |
| Chas H Sells Inc.<br>Attn: Manager or Agent<br>15401 Weston Hwy, #100<br>Cary, NC 27513 | Chas H Sells Inc.<br>Attn: Manager or Agent<br>15401 Weston Hwy, #100<br>Cary, NC 27513 | | | 85,694.51 |
| ECS Carolinas LLP<br>Attn: Manager or Agent<br>14026 Thunderbolt Pl, #600<br>Chantilly, VA 20151 | ECS Carolinas LLP<br>Attn: Manager or Agent<br>14026 Thunderbolt Pl, #600<br>Chantilly, VA 20151 | | | 6,000.00 |
| Graebe Hanna & Welborn, PLLC<br>Attn: Manager or Agent<br>4350 Lassiter at North Hills, #375<br>Raleigh, NC 27609 | Graebe Hanna & Welborn, PLLC<br>Attn: Manager or Agent<br>4350 Lassiter at North Hills, #375<br>Raleigh, NC 27609 | | | 12,453.18 |
| A. R. Gregor, Jr.<br>116 Landmark Square, #102<br>Virginia Beach, VA 23452 | A. R. Gregor, Jr.<br>116 Landmark Square, #102<br>Virginia Beach, VA 23452 | | | 1,150,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Cumbee Rd Partners, LLC**                    Case No. _____

<div align="center">Debtor(s)</div>

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

<div align="center">(Continuation Sheet)</div>

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Hunton & Williams LLP<br>Attn: Manager or Agent<br>PO Box 109<br>Raleigh, NC 27602 | Hunton & Williams LLP<br>Attn: Manager or Agent<br>PO Box 109<br>Raleigh, NC 27602 | | | 9,328.40 |
| Inman & Stickler PLLC<br>Attn: Manager or Agent<br>575 Lynnhaven Pkwy, #200<br>Virginia Beach, VA 23452 | Inman & Stickler PLLC<br>Attn: Manager or Agent<br>575 Lynnhaven Pkwy, #200<br>Virginia Beach, VA 23452 | | | 1,915.50 |
| Michael Underwood & Land<br>Attn: Manager or Agent<br>102 Cinema Drive, Suite C<br>Wilmington, NC 28403 | Michael Underwood & Land<br>Attn: Manager or Agent<br>102 Cinema Drive, Suite C<br>Wilmington, NC 28403 | | | 26,275.85 |
| Milone & MacBroom<br>Attn: Manager or Agent<br>99 Realty Drive<br>Cheshire, CT 06410 | Milone & MacBroom<br>Attn: Manager or Agent<br>99 Realty Drive<br>Cheshire, CT 06410 | | | 1,606.30 |
| NCDENR<br>Attn: Manager or Agent<br>127 Cardinal Drive Ext<br>Wilmington, NC 28405 | NCDENR<br>Attn: Manager or Agent<br>127 Cardinal Drive Ext<br>Wilmington, NC 28405 | | | 51,005.28 |
| Ohio ALPHA<br>Attn: Manager or Agent<br>1340 Tuskawilla Rd, #113<br>Winter Springs, FL 32708 | Ohio ALPHA<br>Attn: Manager or Agent<br>1340 Tuskawilla Rd, #113<br>Winter Springs, FL 32708 | | | 8,273.46 |
| RDA Retnauer Design<br>Attn: Manager or Agent<br>432 S. Battlefield Blvd<br>Chesapeake, VA 23322 | RDA Retnauer Design<br>Attn: Manager or Agent<br>432 S. Battlefield Blvd<br>Chesapeake, VA 23322 | | | 23,337.50 |
| Retnauer Stritzl Landscape<br>Attn: Manager or Agent<br>432 S. Battlefield Blvd, #102<br>Chesapeake, VA 23322 | Retnauer Stritzl Landscape<br>Attn: Manager or Agent<br>432 S. Battlefield Blvd, #102<br>Chesapeake, VA 23322 | | | 1,650.00 |
| Stone Setters Inc.<br>Attn: Manager or Agent<br>2795 Ocean Highway West<br>Shallotte, NC 28470 | Stone Setters Inc.<br>Attn: Manager or Agent<br>2795 Ocean Highway West<br>Shallotte, NC 28470 | | | 13,729.30 |
| Striffler Engineering Assoc. PC<br>Attn: Manager or Agent<br>621 Nevan Rd, #203<br>Virginia Beach, VA 23451 | Striffler Engineering Assoc. PC<br>Attn: Manager or Agent<br>621 Nevan Rd, #203<br>Virginia Beach, VA 23451 | | | 8,500.00 |
| Trigon Engineering<br>Attn: Manager or Agent<br>313 Gallimore Dairy Rd, PO Box 2287<br>Shallotte, NC 28459 | Trigon Engineering<br>Attn: Manager or Agent<br>313 Gallimore Dairy Rd, PO Box 2287<br>Shallotte, NC 28459 | | | 79,761.08 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Cumbee Rd Partners, LLC**
_____
Debtor(s)

Case No.    _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Womble Caroysle Sandbridge Attn: Manager or Agent 150 Fayetteville St Raleigh, NC 27601** | **Womble Caroysle Sandbridge Attn: Manager or Agent 150 Fayetteville St Raleigh, NC 27601** | | | **7,176.16** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **March 17, 2011**
_____

Signature    **/s/ Adam Lisk**
_____
**Adam Lisk**
**Member Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

## United States Bankruptcy Court
### Eastern District of North Carolina

In re **Cumbee Rd Partners, LLC**                Case No.

                                            Debtor(s)                Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 17, 2011**                      **/s/ Adam Lisk**

                                                **Adam Lisk**/**Member Manager**
                                                Signer/Title

CUMBEE RD PARTNERS, LLC
6263 INGLESIDE DRIVE
WILMINGTON, NC 28409

GEORGE MASON OLIVER
OLIVER AND FRIESEN, PLLC
PO BOX 1548
NEW BERN, NC 28563

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

BRANCH OF REORGANIZATION
ATTN: MANAGING AGENT
3475 LENOX RD NE#1000
ATLANTA, GA 30326

EMPLOYMENT SECURITY COM.
ATTN: MANAGING AGENT
PO BOX 25903
RALEIGH, NC 27611

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 25000
RALEIGH, NC 27640

UNITED STATES ATTORNEY
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ACCOUNTING RESOURCE CENTE
ATTN: MANAGER OR AGENT
PO BOX 56043
VIRGINIA BEACH, VA 23456

ADVANCE CLEARING
ATTN: MANAGER OR AGENT
107 DUNLIN COURT
HAMPSTEAD, NC 28443

BANK OF HAMPTON ROADS
ATTN: MANAGING AGENT
1580 LASKIN ROAD
VIRGINIA BEACH, VA 23451

BEACH COUNTRY LAWN MAINT
ATTN: MANAGER OR AGENT
1346 SUNNYSIDE STREET
SHALLOTTE, NC 28470

BRUNSWICK CO TAX COLLECTOR
ATTN: MANAGER OR AGENT
PO BOX 29
BOLIVIA, NC 28422

BRUNSWICK ELECTRIC COOP
ATTN: MANAGER OR AGENT
PO BOX 826
SHALLOTTE, NC 28459

CHAS H SELLS INC.
ATTN: MANAGER OR AGENT
15401 WESTON HWY, #100
CARY, NC 27513

COPYCAT PRINT SHOP
ATTN: MANAGER OR AGENT
PO BOX 3347, 4107A OLEANDER DR
WILMINGTON, NC 28406

ECS CAROLINAS LLP
ATTN: MANAGER OR AGENT
14026 THUNDERBOLT PL, #600
CHANTILLY, VA 20151

GRAEBE HANNA & WELBORN, P
ATTN: MANAGER OR AGENT
4350 LASSITER AT NORTH HILLS#3
RALEIGH, NC 27609

A. R. GREGOR, JR.
116 LANDMARK SQUARE, #102
VIRGINIA BEACH, VA 23452

HUNTON & WILLIAMS LLP
ATTN: MANAGER OR AGENT
PO BOX 109
RALEIGH, NC 27602

INMAN & STICKLER PLLC
ATTN: MANAGER OR AGENT
575 LYNNHAVEN PKWY, #200
VIRGINIA BEACH, VA 23452

ADAM LISK
6263 INGLESIDE DRIVE
WILMINGTON, NC 28409

ADAM LISK
6263 INGLESIDE ROAD
WILMINGTON, NC 28409

MICHAEL UNDERWOOD & LAND
ATTN: MANAGER OR AGENT
102 CINEMA DRIVE, SUITE C
WILMINGTON, NC 28403

MILONE & MACBROOM
ATTN: MANAGER OR AGENT
99 REALTY DRIVE
CHESHIRE, CT 06410

NCDENR
ATTN: MANAGER OR AGENT
127 CARDINAL DRIVE EXT
WILMINGTON, NC 28405

OHIO ALPHA
ATTN: MANAGER OR AGENT
1340 TUSKAWILLA RD, #113
WINTER SPRINGS, FL 32708

EDNA POLLACK, COURT REPORTER
55 PARADISE LN
HAMPSTEAD, NC 28443

RDA RETNAUER DESIGN
ATTN: MANAGER OR AGENT
432 S. BATTLEFIELD BLVD
CHESAPEAKE, VA 23322

RETNAUER STRITZL LANDSCAPE
ATTN: MANAGER OR AGENT
432 S. BATTLEFIELD BLVD, #102
CHESAPEAKE, VA 23322

STONE SETTERS INC.
ATTN: MANAGER OR AGENT
2795 OCEAN HIGHWAY WEST
SHALLOTTE, NC 28470

STRIFFLER ENGINEERING ASSOC. PC
ATTN: MANAGER OR AGENT
621 NEVAN RD, #203
VIRGINIA BEACH, VA 23451

TOWN OF SHALOTTE, NC
ATTN: MANAGER OR AGENT
106 CHEERS STREET, PO BOX 2
SHALLOTTE, NC 28459

TRIGON ENGINEERING
ATTN: MANAGER OR AGENT
313 GALLIMORE DAIRY RD, PO BOX 228
SHALLOTTE, NC 28459

US EPA
ATTN: MANAGER OR AGENT
61 FORSYTH ST.
ATLANTA, GA 30303

WOMBLE CAROYSLE SANDBRIDG
ATTN: MANAGER OR AGENT
150 FAYETTEVILLE ST
RALEIGH, NC 27601