VAN–059 Order Regarding Adminstration of Estate – Rev. 09/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Cumbee Rd Partners, LLC
6263 Ingleside Drive
Wilmington, NC 28409

CASE NO.: 11–02084–8–SWH

DATE FILED: March 17, 2011

TaxID: 20–4973594

CHAPTER: 11

ORDER REGARDING ADMINISTRATION OF ESTATE

This order is entered to aid in the administration of this estate and to carry out the provisions of chapter 11 of the Bankruptcy Code (11 U.S.C. § 105).

Pursuant to § 302(d)(3)(I)(ii) of the Bankruptcy Judges, United States Trustees and Family Farmer Bankruptcy Act of 1986, the bankruptcy administrator is responsible for supervising the administration of chapter 11 estates. In undertaking this responsibility, the bankruptcy administrator supervises compliance by the debtor–in–possession/chapter 11 trustee with the requirements set out in Local Bankruptcy Rule 4002–1(c), EDNC, as well as any other requirements ordered by the court or prescribed by the bankruptcy administrator to ensure the successful, orderly administration of a case. Failure to comply with this order may result in dismissal or conversion of the case to a case under chapter 7 or other appropriate action by the court. Accordingly,

IT IS ORDERED THAT:

1. The debtor(s) shall comply with the requirements set forth in U.S.C. § 521, in Local Bankruptcy Rule 4002–1(b), EDNC, any other applicable provisions contained in the Local Bankruptcy Rules, EDNC, in the Interim Rules of Bankruptcy Procedure for the Eastern District of North Carolina, in the Bankruptcy Code, and in 28 U.S.C. § 1930 and the Federal Rules of Bankruptcy Procedure.

2. The debtor–in–possession/chapter 11 trustee shall cooperate with and be accountable to the bankruptcy administrator and in doing so, shall attend meetings and site visits scheduled by the bankruptcy administrator and shall file with the court regular reports of operations in such form and frequency as the bankruptcy administrator shall reasonably require.

3. Individual debtors must be current with any domestic support obligations before their plan may be confirmed.

4. If the debtor is an individual, the debtor must provide a picture identification (ID) and the debtor's social security card at the 341 meeting of creditors.

5. An automatic stay goes into effect immediately upon filing the petition and prohibits creditors from taking any action to collect most pre–bankruptcy debts. This means no lawsuits, no repossessions, no threatening telephone calls and no collection letters. Under certain circumstances, the stay may be limited to 30 days or may not exist at all.

DATED: March 18, 2011

Stephani W. Humrickhouse
United States Bankruptcy Judge